1066

ROCKY POINT DRIVE-IN, L.P., Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted September 9, 2013; decided September 12, 2013

Motion by Association of Towns of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

In the Matter of SAMUEL A. GARRASI AND MARY H. GARRASI FAMILY REVOCABLE TRUST. G. ROBERT GARRASI, as Cotrustee of the SAMUEL A. GARRASI AND MARY H. GARRASI FAMILY REVOCABLE TRUST, Appellant, et al., Respondent; SALLIE HUME GARRASI, Respondent.

Submitted July 15, 2013; decided September 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

TOWN OF MONTAUK, Appellant, v LORRAINE CORTEZ-VASQUEZ, as Secretary of State of the State of New York, with Control of, and Responsibility for, the Division of Corporations of the Department of State, Respondent.

Decided September 12, 2013

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).